# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Number 2018-CA-1725

Leonard E. Panaro

- - Versus - -

Jeff Landry, Attorney General of the State of Louisiana;
James M. LeBlanc, Louisiana Department of Public Safety
and Corrections (DPSC); Michael D. Edmondson,
Superintendent, Louisiana State Police (LSP); Gerald A.
Tulrich, Jr., Sheriff of the Parish of P

19th Judicial District Court
Case #: 652686
East Baton Rouge Parish

On Application for Rehearing filed on 10/08/2019 by Leonard E. Panaro

Rehearing _____ **DENIED** _____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier

Date  **OCT 2 8 2019**

_____
Rodd Naquin, Clerk